FILED
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For The District of Columbia

Gwendolyn M. Baldwin
1427A First Street, N.W.
Washington, D.C.
202-986-1719

CASE NUMBER 1:06CV01956
JUDGE: Gladys Kessler
DECK TYPE: Employment Discrimination
DATE STAMP: 11/15/2006

JURY ACTION

vs

The Superior Court of D.C.

Washington, D.C. 20001

## COMPLAINT

I was an employee for six and half by the defendant; while hospilize, I had no warnings leading up to my termination and I seek relief of $100,000.00, back pay. I am asking for trial by Jury.

Gwendolyn M. Baldwin
Gwendolyn M. Baldwin
1427A First St. N.W.
Washington, D.C. 20001

RECEIVED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

# REQUEST FOR PERSONNEL ACTION

**PART I** — INSTRUCTIONS: COMPLETE SHADED ITEMS ONLY. FORWARD ONE (1) COPY. IF APPLICABLE, OBTAIN RESIGNATION AND SEPARATION ON PART II.

1. SOCIAL SECURITY NUMBER:
2. NAME (Last, first, middle, in CAPITAL LETTERS): BALDWIN, GWENDOLYN M.
3. DATE OF BIRTH:
4. KIND OF ACTION REQUESTED: TERMINATION
5. DATE PREPARED: 8-19-94
6. NATURE OF ACTION:
7. EFFECTIVE DATE:
8. TYPE OF EMPLOYMENT: 1. FULL-TIME  2. PART-TIME  3. FULL-TIME TEMPORARY  4. PART-TIME TEMPORARY  5. INTERMITTENT — **1**

9. REMARKS BY REQUESTING OFFICE:

Requested Effective Date: August 26, 1994
(See attached documentation)

**FROM:**
10A. POSITION TITLE AND NUMBER: PROBATION ASSISTANT 08-242
10B. PAY SCHED.: CS
10C. SERIES: 303
10D. GRADE: 6
10E. STEP: 4
10F. SALARY: $22,525
10G. ORGANIZATION: Social Services Division, Adult Supervision Branch

**TO:**
11A. POSITION TITLE AND NUMBER:
11B. PAY SCHED.:
11C. SERIES:
11D. GRADE:
11E. STEP:
11F. SALARY:
11G. ORGANIZATION:

12. REQUESTED BY: Moses McAllister, Jr., Director
13. APPROVED BY: Ulysses B. Hammond, Executive Officer

CONTACTED BEFORE EFFECTING ACTION — NAME / INITIALS / DATE
OTHER REQUIRED ACTION — POSITION CONTROL / INITIALS / DATE

**PART II. TO BE COMPLETED BY EMPLOYEE**
RESIGNATION (IMPORTANT—NOTE TO EMPLOYEE: Give specific reasons for your resignation. Avoid generalized reasons, such as "ill health," "personal reason.")
I RESIGN FOR THE FOLLOWING REASONS:

06 1956
FILED
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# The Commonwealth of Massachusetts
## Department of Mental Health

### BAY COVE MENTAL HEALTH CENTER

INPATIENT UNIT

AT LEMUEL SHATTUCK HOSPITAL

170 MORTON STREET

JAMAICA PLAIN, MASSACHUSETTS 02130

8/22/94

To whom it may concern -

Gwendolyn Baldwin was hospitalized at Bay Cove Mental Health Center from 7/6/94 until 8/16/94. Her diagnosis at that time was bipolar disorder, manic phase. At the time of her discharge, she appeared able

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

H
06-1956
GK

## I (a) PLAINTIFFS

Gwendolyn M. Baldwin

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

The Superior Court of the DC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER 1:06CV01956

JUDGE: Gladys Kessler

DECK TYPE: Employment Discrimination

DATE STAMP: 11/15/2006

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

|  ☐ G. *Habeas Corpus/ 2255*  ☐ 530 Habeas Corpus-General  ☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*  ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)  *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*  ☐ 895 Freedom of Information Act  ☐ 890 Other Statutory Actions (if Privacy Act)    *(If pro se, select this deck)* | ☐ J. *Student Loan*  ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*  ☐ 710 Fair Labor Standards Act  ☐ 720 Labor/Mgmt. Relations  ☐ 730 Labor/Mgmt. Reporting & Disclosure Act  ☐ 740 Labor Railway Act  ☐ 790 Other Labor Litigation  ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*  ☐ 441 Voting (if not Voting Rights Act)  ☐ 443 Housing/Accommodations  ☐ 444 Welfare  ☐ 440 Other Civil Rights  ☐ 445 American w/Disabilities-Employment  ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*  ☐ 110 Insurance  ☐ 120 Marine  ☐ 130 Miller Act  ☐ 140 Negotiable Instrument  ☐ 150 Recovery of Overpayment & Enforcement of Judgment  ☐ 153 Recovery of Overpayment of Veteran's Benefits  ☐ 160 Stockholder's Suits  ☐ 190 Other Contracts  ☐ 195 Contract Product Liability  ☐ 196 Franchise | ☐ N. *Three-Judge Court*  ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 12101

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    **DEMAND $** $100,000   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 11/15/06    SIGNATURE OF ATTORNEY OF RECORD  WCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd