United States District Court
For The District of Columbia

Gwendolyn M. Baldwin                          Civil Action: # 061956GK
Plaintiff

VS.
The DC Superior Court

Plaintiff Motion For Informal Hearing

~~Dear Honorable Judge G. Kessler~~;

I am writing you to request an Informal Hearing, between the defendant, you and
myself to see if a settlement of sort could be obtained. Thank you so much.

Gwendolyn M. Baldwin
Plaintiff
Phone # 202-986-1719

Certificate of Service

I, Gwendolyn M. Baldwin will deliver
by hand a copy of this motion to
Clerk office; at 500 Indiana Avenue

RECEIVED

DEC - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT