UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWENDOLYN M. BALDWIN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-1956 (GK) |
| : | |
| D.C. SUPERIOR COURT, : | |
| : | |
| Defendant. : | |

## ORDER

Plaintiff has filed a Motion for an Informal Hearing or Mediation to see if a settlement could be obtained. The Motion must be **denied without prejudice** because Defendant has not yet filed an appearance or an answer in this case. Once Defendant is a proper party, the Court will be happy to entertain the Motion.


December 7, 2006                     /s/
                                     Gladys Kessler
                                     United States District Judge


**Copy to:**

**Gwendolyn M. Baldwin
1427A First Street, NW
Washington, D.C. 20001**