UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gwendolyn Baldwin,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Superior Court of the District** )<br>**Of Columbia,** )<br>)<br>**Defendant.** )<br>_____) | Civil No. 06-1956 (GK) |

**DEFENDANT'S CONSENT MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE COMPLAINT**

Defendant Superior Court for the District of Columbia ("the Court"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional thirty (30) days to file a response to the Complaint.[1] A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on December 18, 2006, undersigned counsel spoke with the plaintiff, who indicated that she consented to the relief sought herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] In filing this Motion, the defendant does not waive service.

/s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

/s/
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2006, a copy of the foregoing Motion, Memorandum of Points and Authorities and proposed order was mailed postage prepaid to:

Gwendolyn Baldwin
1427A First Street, NW
Washington, DC 20001

/s/ Dana K. DeLorenzo /s/
Dana K. DeLorenzo
Assistant Attorney General

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gwendolyn Baldwin,**        ) | |
| ) | |
| **Plaintiff,**        ) | |
| ) | Civil No. 06-1956 (GK) |
| v.        ) | |
| ) | |
| **Superior Court of the District**        ) | |
| **Of Columbia,**        ) | |
| ) | |
| **Defendant.**        ) | |
| _____) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE COMPLAINT

Defendant Superior Court for the District of Columbia ("defendant"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional thirty (30) days to file a response to the Complaint. In support of the relief requested herein, the Court states as follows:

On November 15, 2006, the plaintiff filed her Complaint. In it, she named only the Superior Court for the District of Columbia as a defendant. The Complaint and related attachments appear to allege that, in 1994, the plaintiff was wrongfully terminated by the Court while she was hospitalized at Bay Cove Mental Health Center.

Undersigned counsel only received a copy of this Complaint on December 18, 2006. From a review of the Court record, it is not clear whether the defendant was properly served. Moreover, undersigned counsel has not yet had an opportunity to speak with any individual from the Court about any of the allegations in the Complaint.

3

Accordingly, the defendant respectfully requests an additional thirty days to file a response to the Complaint so that undersigned counsel can have an opportunity to determine if service was properly effected and to speak to any individuals who may have any knowledge of the facts described in the Complaint.

The defendant submits that this brief delay is reasonable and will not prejudice the plaintiff. Moreover, the plaintiff consents to the relief requested herein.

WHEREFORE, the defendant respectfully requests the relief sought herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gwendolyn Baldwin,** )<br>)<br>      **Plaintiff,** )<br>) **Civil No. 06-1956 (GK)**<br>**v.** )<br>)<br>**Superior Court of the District** )<br>      **Of Columbia,** )<br>)<br>      **Defendant.** )<br>_____) | |

### ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE COMPLAINT

Upon consideration of the Defendant's Consent Motion for An Additional Thirty (30) Days to File A Response to the Complaint and the facts and law considered, it is this ____ day of _____, 2006,

HEREBY ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the defendant shall respond to the Complaint on or before _____.

_____
Judge Kessler
United States District Court

5