# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gwendolyn Baldwin,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 06-1956 (GK) |
| v. ) | |
| ) | |
| **Superior Court of the District** ) | |
| **Of Columbia,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## DEFENDANT'S MOTION TO CONTINUE THE FEBRUARY 22, 2007 INITIAL CASE CONFERENCE

Defendant Superior Court for the District of Columbia ("the Court"), by and through undersigned counsel, hereby submits this request for the Court to continue the February 22, 2007 Initial Case Conference, as the plaintiff's Opposition or other response to the Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, is not due until February 28, 2007.[1] A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on January 31, 2007, undersigned counsel spoke with the plaintiff, who indicated that she did not consent to the relief sought herein.

                                                          Respectfully submitted,

                                                          LINDA SINGER
                                                          Acting Attorney General for the District of Columbia

                                                          GEORGE C. VALENTINE
                                                          Deputy Attorney General
                                                          Civil Litigation Division

---

[1] In filing this Motion, the defendant does not waive service.

           /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

           /s/
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 1, 2007, a copy of the foregoing Motion, Memorandum of Points and Authorities and proposed order was mailed postage prepaid to:

Gwendolyn Baldwin
1427A First Street, NW
Washington, DC 20001

           */s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo
Assistant Attorney General

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gwendolyn Baldwin,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 06-1956 (GK) |
| v. ) | |
| ) | |
| **Superior Court of the District** ) | |
| **Of Columbia,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE THE FEBRUARY 22, 2007 INITIAL CASE CONFERENCE

Defendant Superior Court for the District of Columbia ("the Court"), by and through undersigned counsel, hereby submits this request for the Court to continue the February 22, 2007 Initial Case Conference, as the plaintiff's Opposition or other response to the Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, is not due until February 28, 2007. In support of the relief requested herein, the Court states as follows:

On November 15, 2006, the plaintiff filed her Complaint. In it, she named only the Superior Court for the District of Columbia as a defendant. The Court set an Initial Case Conference for February 22, 2007.

On January 19, 2007, the defendant filed a comprehensive Motion to Dismiss or, Alternatively, for Summary Judgment. In it, the defendant made the following arguments: 1) the Superior Court is not a suable entity; 2) the plaintiff failed to effectuate proper service on the defendant; 3) the Complaint does not comply with Fed. R. Civ. P. 8(a); 4) the statute of limitations expired on the plaintiff's claims; 5) *res judicata* bars the plaintiff's claims; and 6) this Court lacks subject matter jurisdiction.

3

On January 29, 2007, the Court issued an Order and directed the plaintiff to file an Opposition or other response to the defendant's Motion by February 28, 2007.  Given that the plaintiff's response is not due until a week after the Initial Case Conference, the defendant submits that it would be efficient to continue the Initial Case Conference after the Court has reviewed all of the filings (which may include a Reply from the defendant).  Accordingly, the defendant asks the Court to set an Initial Case Conference for a date after March 7, 2007, which is after the plaintiff's Opposition and the defendant's Reply (if any) would be due.  In addition, given that the defendant filed a dispositive motion, the Court may issue an order dismissing all claims and/or granting summary judgment in the defendant's favor, which would obviate the need for an Initial Case Conference.  The defendant submits that this request is reasonable.

If the Court is inclined to grant the relief requested herein, undersigned counsel would respectfully request that the Court <u>not</u> set the Initial Case Conference during the week of March 26, 2007 – March 30, 2007, as undersigned counsel will be in trial in the case of *Michael McKnight v. Dexter Martin*, Civil Action No. 00-2607, in the United States District Court for the District of Columbia.

WHEREFORE, the defendant respectfully requests the relief described herein.

                Respectfully submitted,

                LINDA SINGER
                Acting Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                _____/s/_____
                PHILLIP A. LATTIMORE, III [422968]
                Section Chief
                General Litigation Section III

                /s/
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

5

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gwendolyn Baldwin,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Superior Court of the District** )<br>**Of Columbia,** )<br>)<br>**Defendant.** )<br>_____) | **Civil No. 06-1956 (GK)** |

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE THE FEBRUARY 22, 2007 INITIAL CASE CONFERENCE

Upon consideration of the Defendant's Motion to Continue the February 22, 2007 Initial Case Conference, any opposition thereto and the facts and law considered, it is this ____ day of _____, 2007,

HEREBY ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the Initial Case Conference shall be continued to _____, 2007.

_____
The Honorable Gladys Kessler
United States District Court

6