UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gwendolyn Baldwin,**     ) | |
| )   | |
| **Plaintiff,**     ) | |
| )   | Civil No. 06-1956 (GK) |
| v.     ) | |
| )   | |
| **Superior Court of the District**     ) | |
| **Of Columbia,**     ) | |
| )   | |
| **Defendant.**     ) | |
| _____) | |

### PRAECIPE NOTING THAT THE PLAINTIFF FAILED TO FILE A TIMELY RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT

The Clerk of the Court shall please note:

On January 19, 2007, the defendant filed a Motion to Dismiss, or Alternatively, for Summary Judgment. On January 29, 2007, the Court issued an Order whereby it informed the plaintiff that if she failed to file a response to the defendant's Motion by February 28, 2007, the Court "may treat the motion as conceded and either may dismiss this action or may enter judgment in defendant's favor." (Order at 2.)

As of the instant date, March 2, 2007, according to the Court's electronic filing system, the plaintiff has not filed any response to the defendant's Motion.

                                              Respectfully submitted,

                                              LINDA SINGER
                                              Acting Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

>                  /s/
> PHILLIP A. LATTIMORE, III [422968]
> Section Chief
> General Litigation Section III
>
>                  /s/
> DANA K. DELORENZO
> Assistant Attorney General
> Bar Number 468306
> Sixth Floor South
> 441 4th Street, N.W.
> Washington, D.C. 20001
> (202) 724-6515
> (202) 727-3625 (fax)
> E-Mail: dana.delorenzo@dc.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2007, a copy of the foregoing Praecipe was mailed postage prepaid to:

Gwendolyn Baldwin
1427A First Street, NW
Washington, DC 20001

>    */s/ Dana K. DeLorenzo /s/*
>    Dana K. DeLorenzo
>    Assistant Attorney General

2