UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
GWENDOLYN BALDWIN,                )
                                  )
    Plaintiff,                    )
                                  )
    v.                            )    Civil Action No. 06-1956 (GK)
                                  )
SUPERIOR COURT OF THE             )
    DISTRICT OF COLUMBIA,         )
                                  )
    Defendant.                    )
_____)

## O R D E R

This matter is now before the Court upon Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment [Dkt. No. 8, Dkt. No. 9]. Plaintiff is proceeding pro se in this matter.

On January 29, 2007, the Court ordered Plaintiff file her opposition or other response no later than February 28, 2007, or the Court may treat the Motion as conceded and may dismiss this action or may enter judgment in Defendant's favor. To date, Plaintiff has failed to respond to the Motion.[1]

Accordingly, it is hereby

**ORDERED** that Plaintiff's action is **dismissed with prejudice**.

March 5, 2007

/s/
Gladys Kessler
U.S. District Judge

---

[1] It appears that Plaintiff may have confused this deadline with the date set for the Initial Scheduling Conference, which was initially scheduled for February 22, 2007 and was continued to March 14, 2007. The Court perceives no ambiguity in these deadlines justifying Plaintiff's failure to respond.

**Copies to: attorneys on record via ECF**
GWENDOLYN M. BALDWIN
1427A First Street, NW
Washington, DC 20001